UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Irene Marberry,<br><br>　　　　　Plaintiff,<br>v.<br><br>Arrow Financial Services L.L.C.,<br>Gurstel, Staloch & Chargo, P.A.,<br>and Stephen Anderson,<br><br>　　　　　Defendants. | Civ. No. 09-1751 (PAM/FLN)<br><br><br>ORDER |

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:　December 12, 2009

　　　　　　　　　　　　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　Judge Paul A. Magnuson
　　　　　　　　　　　　　　　　　　United States District Court